# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 24, 2025

## NO. 03-24-00697-CV

**Demetrius T. Crockett, Appellant**

**v.**

**Juan M. Salinas, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE CRUMP

This is an appeal from the final decree of divorce signed by the trial court on September 18, 2024. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.